# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00343-CV

---

**Rand G. Desrosiers, Appellant**

**v.**

**William Davis and Lanell Davis, Appellees**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2020CVB0358, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a forcible-detainer action. Pursuant to Section 24.007 of the Property Code and *Marshall v. Housing Authority*, 198 S.W.3d 782 (Tex. 2006), a court of appeals only maintains jurisdiction over a forcible-detainer challenge if the tenant timely files a supersedeas bond (or timely files an affidavit of inability to pay that bond) and remains in actual possession of the property. Based on its initial review of the record, the Court was unable to determine whether it can exercise jurisdiction over this appeal. Accordingly, on September 2, 2021, the Court asked Appellant to file a response explaining how this Court may exercise jurisdiction over the cause. On September 14, 2021, the Court received but did not file a motion for extension of time to file a response because the attorney who signed the motion had not yet made an appearance on appellant's behalf. On October 29, 2021, the Court informed appellant by letter that if the Court did not receive either the response or counsel's notice of

appearance by November 8, 2021, we would dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (authorizing dismissal "because the appellant has failed to comply with . . . a notice from the clerk requiring a response or other action within a specified time"). Counsel filed notice of appearance on November 8, 2021, and the Court granted the motion for extension of time in part, making the response due December 15, 2021. Appellant has not filed the response, a motion for extension of time, or responded to a telephone inquiry from the Clerk. We dismiss the appeal because of appellant's failure to respond to our jurisdictional inquiry. *See id.*; *Edmond v. Cloud Real Estate*, No. 03-21-00106-CV, 2021 WL 4444962, at *1 (Tex. App.—Austin Sept. 29, 2021, no pet.) (mem. op.) (dismissing forcible-detainer appeal where appellant failed to respond to notice requesting clarification of basis of jurisdiction).

 

 

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Prosecution

Filed: January 27, 2022